UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-20289-CR-KING/McALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERNESTO ANGEL MONTANER,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court upon the January 23, 2012 Report and Recommendation ("R&R") of Magistrate Judge Chris McAliley (DE #85), recommending that Defendant Ernesto Angel Montaner's Motion to Dismiss (DE #51) be denied. No objections have been filed, and the deadline to object has since expired.

Defendant was indicted for health care fraud on July 29, 2010. (DE #7). Defendant, along with his son, was a target of this investigation for a period of years before the government filed formal charges. Defendant and his son were jointly represented by the same counsel, Silvia Pinera-Vazquez, for a brief time during the government's pre-indictment investigation before Defendant fled the country.

In his Motion, the Defendant argues that a conflict of interest arose from his former counsel's representation of both him and his son, that violated the Defendant's Sixth Amendment right to counsel. The Defendant also contends that the government took advantage of this conflict of interest and invaded his attorney-client relationship with Ms.

Pinera-Vazquez, in violation of his Fifth Amendment right to due process of law, and that both of these alleged Constitutional violations require dismissal of the Indictment. Alternatively, the Defendant argues that the alleged conflict of interest and government misconduct should cause this Court to exercise its supervisory authority to dismiss the Indictment.

Magistrate Judge McAliley held oral argument on December 6, 2011 and an evidentiary hearing on December 14, 2011. In the Report and Recommendation ("R&R"), Magistrate Judge McAliley found Defendant's arguments to be without merit. Specifically, Magistrate Judge McAliley found that Defendant did not have a Sixth Amendment Constitutional right to counsel until approximately eighteen months after Ms. Pinera-Vazquez discontinued serving as Defendant's attorney. *See Kirby v. Illinois*, 406 U.S. 682, 689 (1972). Magistrate Judge McAliley further found that Defendant's allegations of government misconduct here are not supported by evidence. Upon careful consideration of the record and Defendant's motion, the Court concludes that the R&R contains well-reasoned recommendations and that Defendant's Motion to Dismiss should be denied.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

1. Magistrate Judge Chris McAliley's Report and Recommendation **(DE #85)** be, and the same is, hereby **AFFIRMED and ADOPTED**.

2. Defendant Montaner's Motion to Dismiss **(DE #51)** is hereby **DENIED**.

3. The above-styled action will proceed to Trial on **February 21, 2012**.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of February, 2012.

/s/ James Lawrence King
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Magistrate Judge Chris McAliley

*Plaintiff*

**H. Ron Davidson**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9405
Fax: 305-536-4699
Email: h.ron.davidson@usdoj.gov

**Evelyn Baltodano-Sheehan**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9125
Email: evelyn.sheehan@usdoj.gov

**Ryan K. Stumphauzer**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9322
Fax: 530-7976
Email: ryan.stumphauzer@usdoj.gov

*Counsel for Defendants*

**Marc David Seitles**
The Law Offices of Marc David Seitles, P.A.
Courthouse Center
40 N.W. 3rd Street

Penthouse One
Miami, FL 33128
305-403-8070
Fax: 403-8210
Email: mseitles@seitleslaw.com